# Third District Court of Appeal

## State of Florida

Opinion filed May 31, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-819
Lower Tribunal No. 20-405-K
_____

**Brad Morton,**
Appellant,

vs.

**Alexis Faby,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Bonnie J. Helms, Judge.

Brad Morton, in proper person.

Alexis Faby, in proper person.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

After thorough review of the briefs and record, and finding no abuse of

the trial court's broad discretion in these matters, we affirm the trial court's final judgment of paternity and long-distance time-sharing plan. See Smith v. Daniel, 246 So. 3d 1279, 1280 (Fla. 1st DCA 2018) ("A trial court has 'broad discretion' in determining time-sharing matters and parenting plans, and its decision will not be disturbed on appeal absent an abuse of discretion."); Krift v. Obenour, 152 So. 3d 645, 647 (Fla. 4th DCA 2014) ("A trial court's timesharing and parenting plan determination is reviewed for an abuse of discretion.").

Affirmed.